IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GABRIELLE BECKER CATO,

Plaintiff,

v.

SIERRA MEDICAL SERVICE ALLIANCE,

Defendant.

CASE NO.  1:25-CV-01056-KES-EPG

ORDER MODIFYING SCHEDULING ORDER

On May 18, 2026, the Court held a mid-discovery conference, with *pro se* plaintiff Gabrielle Becker Cato present and Defendant's counsel present. During the conference, the parties agreed that it would be useful to participate in a settlement conference prior to engaging in depositions and other discovery. The Court advised that once a settlement conference was set, the remaining deadlines in the case would be extended to allow the parties to participate in additional discovery should the case not settle. (ECF No. 12). A settlement conference is currently set for September 22, 2026. (ECF No. 13).

///

///

///

///

///

1

As such, IT IS ORDERED that the Court's scheduling order (ECF No. 8) is modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Disclosure | 8/18/2026 | 12/18/2026 |
| Expert Disclosure | 8/18/2026 | 12/18/2026 |
| Rebuttal Expert Disclosure | 9/17/2026 | 1/18/2027 |
| Expert Discovery Cutoff | 10/16/2026 | 2/17/2027 |
| Dispositive Motion Filing Deadline | 11/30/2026 | 3/30/2027 |
| Pre-Trial Conference | 4/26/2027 | 8/23/2027 |
| Jury Trial | 6/22/2027 | 10/26/2027 |

IT IS SO ORDERED.

Dated:    **June 8, 2026**               /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2